O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| j2 GLOBAL COMMUNICATIONS, INC., and ADVANCED MESSAGING TECHNOLOGIES, INC., | ) ) ) ) | Case No. CV 11-02618 DDP (AJWx) **MEET AND CONFER ORDER RE: <u>MARKMAN</u> HEARING** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| FAX87.COM; FARJAD FANI; and MATT JOHNSON FINANCE INC., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

    A <u>Markman</u> hearing in this case is scheduled for June 8, 2012. After the matter has been fully briefed and prior to the hearing, lead counsel shall meet and confer in person. Lead counsel shall discuss each and every claim construction at issue, and engage in a good faith effort to resolve any differences. In the court's experience, parties are often able to, and do in fact, resolve such differences at the <u>Markman</u> hearing. This Order is therefore

///

///

///

appropriate to avoid undue expenditure of judicial resources prior to the hearing, addressing issues not truly in dispute.

IT IS SO ORDERED.

Dated: February 7, 2012

                                          DEAN D. PREGERSON
                                          United States District Judge