Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.:   (310) 712-6600
Fax:   (310) 712-8800

*Attorneys for Plaintiffs j2 Global, Inc. and Advanced Messaging Technologies, Inc..*

Frank A. Cialone (SBN 172816)
Erick C. Howard (SBN 214107)
SHARTSIS FRIESE LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, California 94111
Tel:   (415) 421-6500
Fax:   (415) 421-2922

*Attorneys for Defendants Fax87.com, Farjad Fani and Matt Johnson Finance Inc.*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J2 GLOBAL COMMUNICATIONS, INC. and ADVANCED MESSAGING TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FAX87.COM, FARJAD FANI and MATT JOHNSON FINANCE INC.,<br><br>Defendants. | Case No.  2:11-CV-02618 DDP (AJWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

1 **ORDER**

2 GOOD CAUSE APPEARING, THE COURT ORDERS AS

3 FOLLOWS:

4 This action, including the Complaint and Counterclaims and all causes

5 of action therein, is hereby dismissed with prejudice pursuant to stipulation of the

6 parties and Federal Rule of Civil Procedure 41(a)(1).  Each party will bear its own

7 attorneys' fees and costs.

8 In addition, the Markman Hearing set for August 31, 2012 is

9 VACATED.

10

11 IT IS HEREBY ORDERED.

12

13 Dated: April 24, 2012          _____

14                                HON. DEAN D. PREGERSON
                                   UNITED STATES DISTRICT JUDGE